JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.10.13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONDIER KHAIRA,<br><br>       Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA et al.,<br><br>       Respondents. | Case No. CV 13-6571-CAS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 8, 2013

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY